AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| MARY L. DEVERA, as Personal Representative of the Estate of Trent Vigus, deceased,<br><br>*Plaintiff(s)*<br><br>v.<br><br>EXXON MOBIL CORPORATION and XTO ENERGY, INC.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 9:17-cv-00174-DLC<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ExxonMobil Corporation
Corporate Headquarters
5959 Las Colinas Boulevard
Irving, Texas 75039-2298

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew D. Huppert, Esq.        Fredric A. Bremseth
Carey Law Firm, P.C.            Keith E. Ekstrom
P.O. Box 8659                   Bremseth Law Firm, P.C.
Missoula, MT 59807-8659         601 Carlson Parkway, Suite 995
                                Minnetonka, MN 55305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/11/2018            */s/ Sgoodwin*
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 9:17-cv-00174-DLC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                                *Server's signature*

                                                *Printed name and title*

                                                *Server's address*

Additional information regarding attempted service, etc:

COURT:

## CASE #: 9:17-CV-00174-DLC

MARY L. DEVERA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TRENT VIGUS, DECEASED

Plaintiff
vs
EXXON MOBIL CORPORATION AND XTO ENERGY, INC.,

Defendant

### AFFIDAVIT OF SERVICE

I, **ROBERT HINES**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 01/22/18 1:14 pm, instructing for same to be delivered upon Exxon Mobil Corporation By Delivering To Anyone Authorized To Receive.

| | |
|---|---|
| That I delivered to | : Exxon Mobil Corporation By Delivering To Anyone Authorized To Receive. By Delivering to Jessica Williams, Special Assistant |
| the following | : SUMMON IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET |
| at this address | : 5959 Las Colinas Boulevard Irving, Dallas County, TX 75039 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Thursday JAN 25, 2018 11:59 am |

My name is ROBERT HINES, my date of birth is NOV 22nd, 1956, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Dallas_ County, State of Texas, on the _25_ day of _January_, 20_18_.

_____ Declarant
ROBERT HINES
2413

Texas Certification#: PSC-12035 Exp. 05/31/2019

PCP Inv#: D18100473
SO  Inv#: A18105378

+ Service Fee:  75.00
  Witness Fee:   .00
  Mileage Fee:   .00

AX02A18105378
tomcat                         Huppert, Andrew D
eaffidavits@pcpusa.net                        RETURN TO CLIENT